# In the United States Court of Federal Claims

No. 19-161C

(E-Filed: February 10, 2021)

|  |  |
|---|---|
| BRIAN RICHMOND, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

There are presently three motions pending before the court. On December 1, 2020, defendant filed a motion to stay all proceedings in this case. See ECF No. 59. On December 21, 2020, plaintiffs filed a response to defendant's motion and a cross-motion for equitable tolling. See ECF No. 70. And on January 19, 2021, defendant filed a motion to certify an interlocutory appeal and stay all proceedings in this case pending resolution of that appeal. See ECF No. 78. Plaintiffs have missed two deadlines in connection with these motions.

First, plaintiffs' reply in support of its cross-motion for equitable tolling was due to be filed on or before January 26, 2021. And second, plaintiffs' response to defendant's motion to certify an interlocutory appeal was due to be filed on or before February 2, 2021. As of the filing of this order, the court has not received either filing. The court will afford plaintiffs one more opportunity to file their response and reply.

Accordingly, on or before **February 16, 2021**, plaintiffs are directed to **FILE** their **reply** in support of their cross-motion for equitable tolling, ECF No. 70, and their **response** to defendant's motion to certify an interlocutory appeal and stay all proceedings in this case, ECF No. 78.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge